UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

AMY BLEILE,

    Plaintiff,

CASE NO: 13-cv-665

vs.

LYNN PROPERTIES, LLC

    Defendant.

_____/

### ENTRY OF DEFAULT

Plaintiff, Amy Bliele, requests that the clerk of court enter default against Defendant, Lynn Properties, LLC, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, Lynn Properties, LLC, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this the 16th day of January 2014.

_Peter Oppeneer_
Clerk of Court

1